**IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF RHODE ISLAND**

JIMMY WARREN,

Plaintiff,

v.

C.R. BARD, INC., a New Jersey corporation; DAVOL INC., a Rhode Island corporation,

Defendant.

CA 06 552 ML

Civil Action No.: ____________

**CORPORATE DISCLOSURE STATEMENT**

C.R. Bard, Inc. and Davol Inc., pursuant to Fed. R. Civ. Proc. 7.1, hereby files this Corporate Disclosure Statement, and states as follows:

C.R. Bard, Inc. states that it has no parent corporation and that no publicly held corporation owns more than 10% of its stock.

Davol Inc. is a wholly owned subsidiary of C.R. Bard, Inc.

Date: December 19, 2006

Respectfully submitted,

BY: ______________________

Mark T. Nugent (#2637)
Morrison Mahoney LLP
121 South Main Street, Suite 600
Providence, RI 02903

Of Counsel:

Kirby T. Griffis
Dana Alan Gausepohl
Spriggs & Hollingsworth
1350 I Street N.W.
Washington, DC 20005
(202) 898-5800
(202) 682-1639 (fax)

Attorneys for defendants
C.R. BARD, INC. and DAVOL INC.

**CERTIFICATE OF SERVICE**

I hereby certify that on Dec 19, 2006, a copy of the foregoing Corporate Disclosure Statement was electronically filed with the Court. This document is available for viewing and downloading from the Court's ECF system. Service of same has been made upon the following in the manner listed below:

Rhett Klok
Motley Rice
28 Bridgeside Blvd.
Mount Pleasant, SC 29464

*via electronic notice & first-class, postage prepaid, mail*

______________________
Mark T. Nugent