**IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF RHODE ISLAND**

| | | |
|---|---|---|
| JIMMY WARREN,<br><br>Plaintiff, | ) | |
| v. | ) | Civil Action No. CA 06 552ML |
| C.R. BARD, INC., a New Jersey corporation;<br>DAVOL INC., a Rhode Island corporation,<br><br>Defendants. | ) | |

**PLAINTIFF'S NOTICE OF DISMISSAL**

1. Plaintiff is Jimmy Warren; defendants are C. R. Bard, Inc., a New Jersey corporation and Davol, Inc., a Rhode Island corporation.

2. On December 12, 2006, plaintiff sued defendants.

3. Defendants have not been served with process and have not filed an answer or a motion for summary judgment.

4. This case is not a class action.

5. A receiver has not been appointed in this action.

6. This case is not governed by any federal statute that requires an order of the court for dismissal of the case.

7. Plaintiff has not dismissed an action based on or including the same claims as those presented in this suit.

8. This dismissal is without prejudice to refilling.

Plaintiff, JIMMY O. WARREN,
by his Attorneys,

Donald A. Migliori (#4936)
MOTLEY RICE LLC
321 South Main Street
P.O. Box 6067
Providence, RI 02940-6067
401-457-7700
401-457-7708 FAX

Fred Thompson, III
Rhett D. Klok
Henry Leventis
Carmen Scott
MOTLEY RICE LLC
28 Bridgeside Blvd.
P.O. Box 1792
Mt. Pleasant, SC 29465
843-216-9000
843-216-9450 FAX

Teresa C. Toriseva
Nancy Wilkins
WEXLER TORISEVA WALLACE LLP
1446 National Road
Wheeling, WV
304-238-0066
304-238-0149 FAX

Edward Wallace
Mark Miller
WESLER TORISEVA WALLACE LLP
One North LaSalle Street, Suite 2000
Chicago, Illinois 60602
312-346-2222
312-346-0022 FAX

Dated: December 22, 2006

# CERTIFICATE OF SERVICE

The foregoing Plaintiff's Notice of Dismissal was electronically filed and thereby served upon all counsel of record this 22nd day of December, 2006

/s/ Jodi Monteiro