**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

| | |
|---|---|
| **JIMMY WARREN**<br><br>vs.<br><br>**C.R. BARD, INC. and DAVOL, INC.** | **C.A. NO. 06-552 ML** |

**CERTIFICATION OF STATE COURT RECORDS**

Pursuant to Local Rule 36(b) and General Order 2003-01, the defendants C.R. Bard, Inc., and Davol, Inc., hereby submit a certified copy of the entire State Court docket as attached and incorporated by reference to this certification.

**C.R. BARD, INC., and DAVOL, INC.,**
By Their Attorneys,

MORRISON MAHONEY LLP

Mark T. Nugent (#2637)
Thomas M. Robinson (#6193)
121 South Main Street, Suite 600
Providence, RI 02903-7141
Tel: (401) 331-4660
Fax: (401) 351-4420

Of Counsel:
Kirby T. Griffis
Dana Alan Gausepohl
Spriggs & Hollingsworth
1350 I Street N.W.
Washington, DC 20005
(202) 898-5800
(202) 682-1639 (fax)

**CERTIFICATION**

I hereby certify that on the 28 day of December, 2006, a copy of the foregoing was electronically filed with the Court. This document is available for viewing and downloading from the Court's EFC system. Service of the same has been made upon the following via first class mail, postage prepaid, to:

Donald A. Migliori, Esq.
Motley Rice, LLC
321 South Main Street
P.O. Box 6067
Providence, RI 02940

Rhett Klok
Motley Rice, LLC
28 Bridgeside Blvd.
Mount Pleasant, SC 29464

STATE OF RHODE ISLAND AND PROVIDENCE PLANTATIONS
SUPERIOR COURT
CIVIL DOCKET SHEET

Case ID: PC-2006-6433 JIMMY O WARREN V DAVOL INC

Filing Date: 12-12-2006
Case Status: CLOSED DURING DISCOVERY

Case Type: PERSONAL INJURY
Status Date: 12-20-2006

Plaintiff: JIMMY WARREN
ID: @10878567

Attorney: DONALD MIGLIORI

Defendant: DAVOL INC
ID: @10878568

Defendant: C R BARD INC
ID: @10878569

Scheduled Events

| Date | Event | Location | Judge |
|---|---|---|---|

Prior Events

| Date | Event | Location | Judge |
|---|---|---|---|

Case Jacket

| Checked Out | Returned | Person | Comments/Text |
|---|---|---|---|

Docket Entry Information

| Date | Description | Text |
|---|---|---|
| 12-12-2006 | COMPLAINT FILED | |
| 12-12-2006 | INITIAL FILING FEE | |
| 12-13-2006 | Payment Applied | A Payment of -$160.00 was made on receipt SCP239190. |
| 12-20-2006 | NOTICE OF REMOVAL | TO US DISTRICT COURT<br>Affiliated: DAVOL INC |
| 12-20-2006 | CASE REMVD TO US DISTRICT CT | DISTRICT COURT CASE # CA 06 552ML<br>Affiliated: DAVOL INC |
| 12-20-2006 | OTH DOC FILED DURING DISCOV | Affiliated: DAVOL INC |

True Copy Attest
Office of Clerk of Superior Court
Counties of Providence & Bristol
Providence Rhode Island